# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **22 Mag. 9972**　　　　　　　　　　　Date **1/2/23**

USAO No. **2022R01438**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　　☐ Removal Proceedings in

*United States v.* **Zachary Bell**

The Complaint/Rule 40 Affidavit was filed on **12/9/22**

✓ *U.S. Marshals please withdraw warrant*

　　　　　　　　　　　　　　　　　　**Jerry Fang**　Digitally signed by Jerry Fang
　　　　　　　　　　　　　　　　　　　　　　　　　Date: 2023.01.02 16:17:50 -05'00'
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　(handwritten or digital signature)

　　　　　　　　　　　　　　　　　　**Jerry Fang**
　　　　　　　　　　　　　　　　　　(print name if signature handwritten)

**SO ORDERED:**

DATE: 1/3/2023

　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE